Matthew Z. Crotty
Casey Bruner
Riverside Law Group, PLLC
905 W. Riverside Ave.
Ste. 404
Spokane, Washington 99201

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUZANNE MALLOUK, ALFREDO RODRIGUEZ PEREZ, and ARJUN DHAWAN,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>AMAZON.COM INC. and STARBUCKS CORPORATION,<br><br>　　　　　Defendants. | No. 2:23-cv-852<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE THAT** Casey M. Bruner of Riverside Law Group, PLLC hereby appears in the above-captioned lawsuit and associates with Matthew Z. Crotty of Riverside Law Group, PLLC as attorneys of record for Plaintiff.

DATED this June 7, 2023.

　　　　　　　　　　　　　/s/ Casey Bruner
　　　　　　　　　　　　Casey M. Bruner, WSBA 50168
　　　　　　　　　　　　RIVERSIDE LAW GROUP, PLLC
　　　　　　　　　　　　905 W. Riverside Ave. Ste. 404
　　　　　　　　　　　　Spokane, WA  99201
　　　　　　　　　　　　Telephone: (509) 952 - 8182
　　　　　　　　　　　　Email: cmb@riverside-law.com

NOTICE OF APPEARANCE - 1

## CERTIFICATE OF SERVICE

I certify that on June 7, 2023, I caused the forgoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Casey Bruner*
Casey M. Bruner, WSBA 50168
RIVERSIDE LAW GROUP, PLLC
905 W. Riverside Ave. Ste. 404
Spokane, WA  99201
Telephone: (509) 952 - 8182
Email: cmb@riverside-law.com

NOTICE OF APPEARANCE - 2