THE HONORABLE S. KATE VAUGHAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUZANNE MALLOUK, ALFREDO RODRIGUEZ PEREZ, and ARJUN DHAWAN,<br><br>Plaintiffs,<br><br>AMAZON.COM INC. and STARBUCKS CORPORATION,<br><br>Defendants. | No. 2:23-CV-0852-SKV<br><br>**NOTICE OF APPEARANCE OF RYAN SPEAR** |

TO:     All Parties and Their Counsel of Record

PLEASE TAKE NOTICE of the appearance in this action of defendants Amazon.com Inc., and Starbucks Corporation, by and through the undersigned counsel. Copies of all documents and pleadings with regard to this action, with the exception of original process, are to be served on the undersigned counsel.

NOTICE OF APPEARANCE
(No. 2:23-CV-0852-SKV) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | | |
|---|---|---|
| 1 | Dated: August 18, 2023 | By: *s/ Ryan Spear* |
| 2 | | Ryan Spear, WSBA No. 39974 |
| | | RSpear@perkinscoie.com |
| 3 | | **Perkins Coie LLP** |
| 4 | | 1201 Third Avenue, Suite 4900 |
| | | Seattle, Washington 98101-3099 |
| 5 | | Telephone 206.359.8000 |
| 6 | | Facsimile 206.359.9000 |
| 7 | | Attorney for Defendants |
| | | Amazon.com Inc. and Starbucks Corporation |
| 8 | 163118662.1 | |

NOTICE OF APPEARANCE
(No. 2:23-CV-0852-SKV) – 2