UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUZANNE MALLOUK et al., <br><br> Plaintiff(s), <br><br> v. <br><br> AMAZON.COM INC et al., <br><br> Defendant(s). | CASE NO. 2:23−cv−00852−TSZ <br><br> MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable Thomas S. Zilly, United States District Judge. All future documents filed in this case must bear the cause number 2:23−cv−00852−TSZ and bear the Judge's name in the upper right hand corner of the document.

DATED August 23, 2023

                                                    Ravi Subramanian
                                                  Clerk of Court

                                                  By: /s/ Stefanie Prather
                                                         Deputy Clerk