The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

| | |
|---|---|
| SUZANNE MALLOUK, ALFREDO RODRIGUEZ PEREZ, and ARJUN DHAWN,<br><br>Plaintiffs,<br><br>vs.<br><br>AMAZON.COM, INC. and STARBUCKS CORPORATION,<br><br>Defendants. | No. 2:23-CV-852-RSM<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT AMAZON.COM, INC.** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule ("LCR") 7.1, Defendant Amazon.com, Inc. hereby discloses that it is a publicly traded company; that it has no parent company; and that no publicly held corporation owns 10% or more of its stock. There is no parent, shareholder, member, or partner to identify as required by LCR 7.1(a)(1). Amazon.com, Inc. is incorporated in Delaware and headquartered in Washington.

CORPORATE DISCLOSURE STATEMENT OF
AMAZON.COM, INC.
Case No. 2:23-CV-852-RSM

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 29, 2023 | By _s/ Nicola C. Menaldo_ |
| | | Ryan Spear, WSBA No. 39974 |
| 3 | | Nicola C. Menaldo, WSBA No. 44459 |
| | | **PERKINS COIE LLP** |
| 4 | | 1201 Third Avenue |
| | | Suite 4900 |
| 5 | | Seattle, WA 98101 |
| 6 | | Telephone: (206) 359-8000 |
| | | Email:  rspear@perkinscoie.com |
| 7 | |              nmenaldo@perkinscoie.com |

Dated: August 29, 2023

By _s/ Nicola C. Menaldo_
Ryan Spear, WSBA No. 39974
Nicola C. Menaldo, WSBA No. 44459
**PERKINS COIE LLP**
1201 Third Avenue
Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000
Email:  rspear@perkinscoie.com
         nmenaldo@perkinscoie.com

By _s/ Moez M. Kaba_
Moez M. Kaba (*pro hac vice*)
**HUESTON HENNIGAN LLP**
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Email:  mkaba@hueston.com

Sourabh Mishra (*pro hac vice*)
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640
Email:  smishra@hueston.com

Adam Minchew (*pro hac vice*)
**HUESTON HENNIGAN LLP**
1 Little W. 12th Street
New York, NY 10014
Telephone: (646) 930-4046
Email:  aminchew@hueston.com

Attorneys for Defendants Amazon.com, Inc. and Starbucks Corp.

CORPORATE DISCLOSURE STATEMENT OF
AMAZON.COM, INC.
Case No.  2:23-CV-852-RSM - 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000