Hon. Ricardo S. Martinez

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| SUZANNE MALLOUK, ALFREDO RODRIGUEZ PEREZ, and ARJUN DHAWAN, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>   v.<br><br>AMAZON.COM INC. and STARBUCKS CORPORATION,<br><br>          Defendants. | Case No.: 2:23-cv-00852-RSM<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEADLINES**<br><br>NOTE ON MOTION CALENDAR:<br>August 30, 2023 |

JOINT STIPULATION
CASE NO. 2:23-CV-00852-RSM

-1-

1    Plaintiffs Suzanne Mallouk, Arjun Dhawan, and Alfredo Rodriguez Perez (together,

2  "Plaintiffs") and Defendants Amazon.com, Inc. and Starbucks Corporation (together,

3  "Defendants"), by and through their undersigned counsel of record, hereby stipulate and agree as

4  follows:

5    WHEREAS, on June 7, 2023, Plaintiffs filed their Complaint (ECF No. 1);

6    WHEREAS, on August 22, 2023, Defendants filed their Motion to Dismiss the

7  Complaint, with a noting date of September 15, 2023 (ECF No. 33);

8    WHEREAS, pursuant to Local Rule 7(d)(3), Plaintiffs' deadline to respond to the Motion

9  to Dismiss is September 11, 2023;

10    WHEREAS, pursuant to Fed. R. Civ. P. 15(a)(1)(B), Plaintiffs' deadline to amend their

11  complaint as of right is September 12, 2023;

12    WHEREAS, Plaintiffs intend to amend the Complaint as of right pursuant to Fed. R. Civ.

13  P. 15(a)(1)(B) in response to the Motion to Dismiss;

14    WHEREAS, Defendants require additional time to prepare a response to the Amended

15  Complaint in light of Plaintiffs' counsel's representations that the Amended Complaint will

16  include an additional plaintiff and additional factual allegations to address arguments that

17  Defendants made in their Motion to Dismiss;

18    WHEREAS, good cause exists for the parties' proposed schedule for amendment and

19  briefing.

20    NOW THEREFORE, the Parties hereby stipulate as follows:

21    1.    Plaintiffs shall have until **September 8, 2023** to file their Amended Complaint

22         pursuant to Fed. R. Civ. P. 15(a)(1)(B).

23    2.    Defendants shall have until **October 6, 2023** to file their Motion to Dismiss the

24         Amended Complaint.

25    3.    Plaintiffs shall have until **November 3, 2023** to file their Opposition to

26         Defendants' Motion to Dismiss.

27

28

JOINT STIPULATION
CASE NO. 2:23-CV-00852-RSM

4.      Defendants shall have until **November 17, 2023** to file their Reply to Plaintiffs'

Opposition to Defendants' Motion to Dismiss.

Dated: August 30, 2023                    Respectfully submitted,


**RIVERSIDE LAW GROUP**

By */ s / Matthew Z. Crotty*
Matthew Z. Crotty
Casey Bruner
Riverside Law Group, PLLC
905 W. Riverside Ave.
Ste. 404
Spokane, Washington 99201
Tel: (509) 850-7011
Email: mzc@riverside-law.com

**PETER ROMER-FRIEDMAN LAW PLLC**

Peter Romer-Friedman (pro hac vice)
1629 K Street NW
Suite 300
Washington, DC 20006
Tel.: (202) 355-6364
Email: peter@prf-law.com

**POLLOCK COHEN LLP**

Christopher K. Leung (pro hac vice)
111 Broadway, Suite 1804
New York, NY 10006
Tel.: (917) 985-3995
Email: chris@pollockcohen.com
Email: cmb@riverside-law.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (pro hac vice)
Julian C. Diamond (pro hac vice)
Matthew A. Girardi (pro hac vice)
888 Seventh Avenue
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
E-Mail: pfraietta@bursor.com

**PERKINS COIE LLP**

By */ s / Nicola C. Menaldo*
Ryan Spear
Nicola C. Menaldo
1201 Third Avenue
Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000
Email: rspear@perkinscoie.com
       nmenaldo@perkinscoie.com

**HUESTON HENNIGAN LLP**

Moez M. Kaba (*pro hac vice*)
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Email:  mkaba@huestonhennigan.com

Sourabh Mishra (*pro hac vice*)
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640
Email:  smishra@huestonhennigan.com

Adam Minchew (*pro hac vice*)
1 Little W. 12th Street
New York, NY 10014
Telephone: (646) 930-4046
Email:
aminchew@huestonhennigan.com

*Attorneys for Defendants Amazon.com, Inc.
and Starbucks Corp.*

JOINT STIPULATION
CASE NO. 2:23-CV-00852-RSM

jdiamond@bursor.com
mgirardi@bursor.com

**SURVEILLANCE TECHNOLOGY
OVERSIGHT PROJECT**

Albert Fox Cahn (pro hac vice
forthcoming)
David Siffert (pro hac vice forthcoming)
40 Rector Street
9th Floor
New York, NY 10006
Tel.: (212) 518-7573
Email: albert@stopspying.org
 david@stopspying.org

*Attorneys for Plaintiffs*

**SO ORDERED.**

**DATED:** _____

_____
HON. RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION
CASE NO. 2:23-CV-00852-RSM