IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

SUZANNE MALLOUK, ALFREDO RODRIGUEZ PEREZ, and ARJUN DHAWAN,

    Plaintiffs,

v.

AMAZON.COM INC. and STARBUCKS CORPORATION,

    Defendants.

No. 2:23-cv-00852-RSM

ORDER EXTENDING DEADLINES

The Court, having considered the Parties' stipulated motion to extend deadlines, Dkt. No. 40, hereby ORDERS.

1. Plaintiffs shall have until **September 8, 2023** to file their Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(1)(B).

2. Defendants shall have until **October 6, 2023** to file their Motion to Dismiss the Amended Complaint.

3. Plaintiffs shall have until **November 3, 2023** to file their Opposition to Defendants' Motion to Dismiss.

4. Defendants shall have until **November 17, 2023** to file their Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss.

DATED this 1st day of September, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Order - 1