Hon. Ricardo S. Martinez

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUZANNE MALLOUK, ALFREDO RODRIGUEZ PEREZ, and ARJUN DHAWAN,<br><br>  Plaintiffs,<br>v.<br><br>AMAZON.COM INC. and STARBUCKS CORPORATION,<br><br>  Defendants. | No. 2:23-cv-00852 RSM<br><br>ORDER GRANTING JOINT STIPULATION AND ORDER EXTENDING DEADLINES IN SCHEDULING ORDER |

Having review the Parties' JOINT STIPULATION AND ORDER EXTENDING DEADLINES IN SCHEDULING ORDER, ECF No. 57, the finds good cause to extend the deadlines. The Court GRANTS an extension of all dates in the previously issued scheduling order and resets the deadlines as follows:

| **Close of Phase 1 Discovery** | October 4, 2024 |
|---|---|
| **Phase 1 Expert Disclosures** | November 15, 2024 |
| **Rebuttal Disclosures** | December 20, 2024 |
| **Deadline to Conduct Phase 1 Expert Depositions** | January 31, 2024 |
| **Deadline to file Phase 1 Motions for Summary Judgment** | March 14, 2025 |

Proposed Order Stipulation and Order to Continue Deadlines - 1

| Deadline to file Oppositions to Motions for Phase 1 Summary Judgment | April 25, 2025 |
|---|---|
| Deadline to file Replies to Motions for Phase 1 Summary Judgment | May 23, 2025 |
| Start of Phase 2 Discovery | Within 14 days of Court's order on Phase 1 Summary Judgment Motions |

DATED this 24th day of June, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE